IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LAI FOU SAECHAO,<br>Defendant. | Case №: 2:18-cr-00094-TLN<br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above-named defendant contacted the Federal Defender about resolving his federal hold. Although there is no court date yet, the Federal Defender believes he should have appointed counsel. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael Hansen is appointed to represent the above defendant in this case effective *nunc pro tunc* to September 17, 2026.

This appointment shall remain in effect until further order of this court.

**DATED: October 22, 2026**

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE